UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                            Case No. 1:12-cr-132-23

v.

                            HON. JANE M. BECKERING

MATTHEW PENALOZA,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed on April 23, 2025 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 2455) is approved and adopted as the opinion of the Court.

2.     The Petition for Offender Under Supervision (ECF No. 2222) is dismissed.

3.     Defendant shall be immediately released from custody and is discharged from supervision.

Dated:  May 8, 2025                  /s/ Jane M. Beckering
                                  JANE M. BECKERING
                                  United States District Judge